1    MICHAEL A. JACOBS (CA SBN 111664)
     mjacobs@mofo.com
2    RICHARD S.J. HUNG (CA SBN 197425)
     rhung@mofo.com
3    MORRISON & FOERSTER LLP
     425 Market Street
4    San Francisco, CA  94105-2482
     Telephone: (415) 268-7000
5    Facsimile: (415) 268-7522

6    ATTORNEYS FOR YAHOO! INC.

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   SOFTWARE RIGHTS ARCHIVE, LLC,          Case No.   Misc. Action 09-80004

13                   Plaintiff,             (Case No. 2:07-cv-511 (CE) pending in the
                                            Eastern District of Texas)
14          v.
                                            **NOTICE OF CONTINUANCE RE:**
15   GOOGLE INC., YAHOO! INC., IAC          **YAHOO!'S MOTIONS TO COMPEL**
     SEARCH & MEDIA, INC., AOL LLC,         **COMPLIANCE WITH SUBPOENAS TO**
16   and LYCOS, INC.                        **WILSON SONSINI GOODRICH & ROSATI**
                                            **AND MURRAY & MURRAY, P.C.**
17                   Defendant.

18

19

20

21

22

23

24

25

26

27

28

NOT. OF CONTINUANCE
Case No. Misc. Action 09-80004
sf-2640771

Dockets.Justia.com

1          Please take notice that, pending a ruling in *Google Inc. et al. v. Egger et al.*, Case No. C-

2    08-03172-RMW on the parties' Agreed Rule 7-11 Motion to Consolidate Pending Motions and

3    Assign this Miscellaneous Action (No. C-09-80004) to Judge Whyte, Yahoo! Inc. hereby

4    continues the hearing on its Motions to Compel Compliance with Subpoenas to Murray & Murray

5    P.C. and Wilson Sonsini Goodrich & Rosati, filed January 20, 2009 and currently set for

6    Tuesday, February 24, 2009.  The parties are conferring on alternate dates for the hearing and

7    expect to advise the Court within the next few weeks.

8          Dated:  February 10, 2009          MORRISON & FOERSTER LLP

9                                      By:  ___/s/ Richard S.J. Hung_____

10                                        Richard S.J. Hung
                                          Attorneys for Plaintiff Yahoo! Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOT. OF CONTINUANCE
Case No. Misc. Action 09-80004
sf-2640771

1