MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California  94105-2482
Telephone: 415.268.7000
Facsimile: 415.268.7522

Attorneys for Defendant
YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>             Plaintiff,<br><br>   v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC.<br><br>             Defendant. | Case No.   Misc. Action 09-80004<br><br>(Case No. 2:07-cv-511 (CE) pending in the Eastern District of Texas)<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS
Case No. Misc. Action 09-80004
sf-2641262

On behalf of Yahoo! Inc. ("Yahoo!"), and pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the parties in the above captioned case and the parties in the following two related actions, *Google Inc. et al. v. Egger et al.*, Case No. C-08-03172-RMW pending in the Northern District of California before Judge Whyte and *In re Site Technologies, Inc.*, Case No. 99-50736-RLE, pending in the Northern District of California Bankruptcy Court before Judge Efremsky, there is no such interest to report.

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned additionally certifies that Yahoo! has no parent corporation and that no publicly traded corporation owns ten percent or more of Yahoo!'s stock.

Dated: February 10, 2009         MORRISON & FOERSTER LLP


By:     /s/  Richard S.J. Hung
        Richard S.J. Hung

        Attorneys for Defendant
        YAHOO! INC.

CERTIFICATION OF INTERESTED ENTITIES OR PERSONS         1
Case No. Misc. Action 09-80004
sf-2641262