1  [SEE SIGNATURE PAGE FOR COUNSEL]

2
3
4
5
6
7

8　　　　　　　　　　　　　UNITED STATES DISTRICT COURT

9　　　　　　　　　　　　　NORTHERN DISTRICT OF CALIFORNIA

10　　　　　　　　　　　　　　　　SAN JOSE DIVISION

11

12  GOOGLE INC., AOL LLC, YAHOO! INC., IAC　　　**Case No.　C-08-03172-RMW**
　　SEARCH & MEDIA, INC., and LYCOS, INC.,
13　　　　　　　　　　　　　　　　　　　　　　　　**JOINT AMENDED NOTICE OF**
　　　　　　　　　　　　　　　　　　　　　　　　**MOTIONS**
14　　　　　　　Plaintiffs,
　　　　　　　　　　　　　　　　　　　　　　　　Date:　April 17, 2009
15　　　　v.　　　　　　　　　　　　　　　　　　　　　　and May 22, 2009
　　　　　　　　　　　　　　　　　　　　　　　　Time:　9:00 AM
16  L. DANIEL EGGER, SOFTWARE RIGHTS　　　　　Judge:　Hon. Ronald M. Whyte
　　ARCHIVE, LLC, and SITE TECHNOLOGIES,
17  INC.,

18　　　　　　　Defendants.

19

20  SOFTWARE RIGHTS ARCHIVE, LLC,　　　　　　**Case No.　Misc. Action C-09-80004**

21　　　　　　　Plaintiff,　　　　　　　　　　　　(Case No. 2:07-cv-511 (CE) pending in
　　　　　　　　　　　　　　　　　　　　　　　　 the Eastern District of Texas)
22　　　　v.

23  GOOGLE INC., YAHOO! INC., IAC SEARCH
　　& MEDIA, INC., AOL LLC, and LYCOS, INC.
24
　　　　　　　Defendant.
25

26
27
28

JOINT AMENDED NOTICE OF MOTIONS
Case Nos. C-08-03172-RMW & C-09mc80004
sf-2647099

| | |
|---|---|
| 1 | Pursuant to this Court's February 13, 2009 Order assigning Miscellaneous Action No. C-09-80004 to this Court, consolidating that action with *Google Inc. v. Egger et al.*, Case No. C-08-03172-RMW, and agreeing to hear pending discovery motions in the consolidated cases together in one hearing, the parties jointly agree to notice the following pending motions for hearing by this Court on April 17, 2009 at 9:00 AM, or as soon thereafter as the matters may be heard: |

Pursuant to this Court's February 13, 2009 Order assigning Miscellaneous Action No. C-09-80004 to this Court, consolidating that action with *Google Inc. v. Egger et al.*, Case No. C-08-03172-RMW, and agreeing to hear pending discovery motions in the consolidated cases together in one hearing, the parties jointly agree to notice the following pending motions for hearing by this Court on April 17, 2009 at 9:00 AM, or as soon thereafter as the matters may be heard:

(1) Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Murray & Murray P.C., filed on January 20, 2009 in Misc. Action C-09-80004;

(2) Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Wilson, Sonsini, Goodrich & Rosati, filed on January 20, 2009 in Misc. Action C-09-80004;

(3) Daniel Egger and Software Rights Archive LLC's Motion to Quash Google et al.'s 30(b)(6) Notice of Deposition and for Protection, filed on January 20, 2009 in Case No. C-08-03172-RMW (Docket No. 63);

(4) Google et al.'s Cross-Motion to Compel Production of Documents from Software Rights Archive, LLC, filed February 3, 2009 in Case No. C-08-03172-RMW (Docket No. 72).

Also pursuant to this Court's February 13, 2009 Orders, the parties jointly agree to notice the following pending motions for hearing by this Court on May 22, 2009 at 9:00 AM, or as soon thereafter as the matters may be heard:

(1) Plaintiffs' motion to strike Site Technologies, Inc.'s motion to dismiss, transfer, or stay (filed on January 20, 2009) (Docket No. 64);

(2) Defendants' motion to dismiss, transfer, or stay under the first-to-file rule, under Rule 12(b)(2) for lack of personal jurisdiction, and under Rule 12(b)(1) for lack of subject matter jurisdiction (filed on November 10, 2008) (Docket No. 42).

Dated: February 27, 2009     Respectfully submitted,

| | |
|---|---|
| 1 | By: /s/ Thomas B. Walsh, IV |
| 2 | Thomas B. Walsh, IV (*admitted pro hac vice*) |
| 3 | FISH & RICHARDSON P.C.<br>5000 Bank One Center |
| 4 | 1717 Main Street<br>Dallas, TX 75201 |
| 5 | Telephone: (214)747-5070<br>Facsimile: (214) 747-2091 |
| 6 | Email: walsh@fr.com |
| 7 | |
| 8 | Juanita R. Brooks (SBN 75934, brooks@fr.com) |
| 9 | Jason W. Wolff (SBN 215819, wolff@fr.com)<br>FISH & RICHARDSON P.C. |
| 10 | 12390 El Camino Real<br>San Diego, CA 92130 |
| 11 | Telephone: (858) 678-5070<br>Facsimile: (858) 678-5099 |
| 12 | |
| 13 | Jerry T. Yen (SBN 247988, yen@fr.com)<br>FISH & RICHARDSON P.C. |
| 14 | 500 Arguello Street, Suite 500<br>Redwood City, CA 94063 |
| 15 | Telephone: (650) 839-5070<br>Facsimile: (650) 839-5071 |
| 16 | |
| | Attorneys for GOOGLE INC. and AOL LLC |
| 17 | |
| 18 | By: /s/ Richard. S.J. Hung |
| | Michael A. Jacobs (CA Bar No. 111664) |
| 19 | Richard S.J. Hung (CA Bar No. 197425)<br>MORRISON & FOERSTER |
| 20 | 425 Market Street<br>San Francisco, CA 94105 |
| 21 | Telephone: 415-268-7000<br>Facsimile: 415-268-7522 |
| 22 | Email: mjacobs@mofo.com |
| 23 | Attorneys for YAHOO! INC. |

| | |
|---|---|
| 1 | By: /s/ Jennifer A. Kash |
| 2 | Claude M. Stern (CA Bar No. 96737) |
| | Jennifer A. Kash (CA Bar No. 203679) |
| 3 | QUINN EMANUEL URQUHART |
| | OLIVER & HEDGES, LLP |
| 4 | 555 Twin Dolphin Drive, Suite 560 |
| | Redwood Shores, CA 94065 |
| 5 | Telephone: (650) 801-5000 |
| | Facsimile: (650) 801-5100 |
| 6 | Email: claudestern@quinnemanuel.com |
| | Email:jenniferkash@quinnemanuel.com |

Attorneys for IAC SEARCH & MEDIA, INC. and LYCOS, INC.

By: /s/ Lee L. Kaplan
Lee Landa Kaplan (lkaplan@skv.com)
(pro hac vice)
Smyser Kaplan & Veselka, L.L.P.
700 Louisiana St., Suite 2300, Houston, TX 77002
Telephone: (713) 221-2300
Facsimile: (713) 221-2320

Thomas F. Smegal, Jr.
(tomsmegal@smegallaw.com)
Law Offices of Thomas F. Smegal, Jr.
One Sansome Street, 35th floor
San Francisco, CA 94104
Telephone: (415) 217-8383
Facsimile: (415) 399-0593

Jay D. Ellwanger
(jellwanger@dpelaw.com)
Dinovo Price Ellwanger LLP
P.O. Box 201690
Austin, Texas 78720
Telephone: (512) 681-4060
Facsimile: (512) 628-3410

Attorneys for L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.

# **DECLARATION OF CONSENT**

Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel listed above.

Dated: February 27, 2009

By:    /s/ Richard S.J. Hung