***E-FILED - 2/13/09***

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

| | |
|---|---|
| GOOGLE INC., AOL LLC, YAHOO! INC., IAC SEARCH & MEDIA, INC., and LYCOS, INC.,<br><br>    Plaintiffs,<br><br>    v.<br><br>L. DANIEL EGGER, SOFTWARE RIGHTS ARCHIVE, LLC, and SITE TECHNOLOGIES, INC.,<br><br>    Defendants. | Case No.    C-08-03172-RMW<br><br>**[] ORDER RE:<br>AGREED RULE 7-11 MOTION TO CONSOLIDATE PENDING MOTIONS AND ASSIGN RELATED MISCELLANEOUS ACTION TO THIS COURT**<br><br>Judge:    Hon. Ronald M. Whyte |

[ ORDER RE: AGREED RULE 7-11 MOTION
Case No. C-08-03172-RMW
sf-2632324

| | **[] ORDER** |
|---|---|
| 1 | |
| 2 | Currently before this Court in this action are: |
| 3 | • Defendants' Motion to Dismiss, Transfer or Stay ("Motion to Dismiss"), filed on November 10, 2008; |
| 4 | |
| 5 | • Plaintiffs' Motion to Strike Site Technologies, Inc.'s Motion to Dismiss, Transfer or Stay ("Motion to Strike"), filed on January 20, 2009; and |
| 6 | |
| 7 | • Defendants' L. Daniel Egger and Software Rights Archive LLC's ("SRA") Motion to Quash Plaintiff's 30(b)(6) Notice of Deposition and for Protection ("Motion to Quash"), filed on January 20, 2009. |
| 8 | |
| 9 | Currently before this Court (Judge Fogel and Judge Trumbull) in Miscellaneous Action |
| 10 | No. C-09-80004 are: |
| 11 | • Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Murray & Murray P.C. ("Motion to Compel Murray"), filed on January 20, 2009; |
| 12 | |
| 13 | • Yahoo!'s Motion to Compel Compliance with Yahoo!'s Subpoena on Wilson, Sonsini, Goodrich & Rosati ("Motion to Compel WSGR"), filed on January 20, 2009. |
| 14 | |
| 15 | The Motion to Quash, Motion to Compel Murray, and Motion to Compel WSGR are |
| 16 | scheduled for hearing before Judge Trumbull on February 24, 2009. The Motion to Dismiss and |
| 17 | Motion to Strike are scheduled for hearing before this Court three days later, on February 27, |
| 18 | 2009. |
| 19 | This action and the miscellaneous action appear to be related. The miscellaneous action |
| 20 | relates to *Software Rights Archive, LLC v. Google Inc., et al.*, Case No. 2:07-cv-511 (CE) (E.D. |
| 21 | Tex.), a case involving similar issues to those before this Court in this action. The Motion to |
| 22 | Compel Murray, the Motion to Compel WSGR, and the Motion to Strike may also involve |
| 23 | similar issues. The Motion to Quash and the Motion to Dismiss also may be related and involve |
| 24 | similar issues. |
| 25 | To conserve judicial resources, Miscellaneous Action No. C-09-80004 should be assigned |
| 26 | to this Court. For the same reason, all of these motions should be heard together. |
| 27 | |
| 28 | |

[] ORDER RE: AGREED RULE 7-11 MOTION
Case No. C-08-03172-RMW
sf-2632324

1  IT IS THEREFORE ORDERED THAT the Agreed Rule 7-11 Motion to Consolidate
2  Pending Motions and Assign Related Miscellaneous Action to this Court is GRANTED. This
3  Court will hear the Motion to Dismiss, Motion to Strike, Motion to Quash, Motion to Compel
4  Murray, and Motion to Compel WSGR together on February 27, 2009 at 9:00AM.

Dated: 2/13, 2009

By: *Ronald M. Whyte*
Hon. Ronald M. Whyte
United States District Judge

[ORDER RE: AGREED RULE 7-11 MOTION
Case No. C-08-03172-RMW
sf-2632324