1  MARK PARNES, State Bar No. (CA SBN 104775)
   mparnes@wsgr.com
2  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
3  650 Page Mill Road
   Palo Alto, CA 94304-1050
4  Telephone: (650) 493-9300
   Facsimile: (650) 493-6811

Attorneys for THIRD-PARTY
WILSON SONSINI GOODRICH & ROSATI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC, | CASE NO.: CV 09-8000 4 MISC. |
| Plaintiff, | (Case No. 2:07-CV-511 (CE) JF pending in the Eastern District of Texas) |
| v. | PROOF OF SERVICE |
| GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC., | Date: April 17, 2009<br>Time: 9:00 a.m.<br>Courtroom: Courtroom 6, 4th Floor<br>Judge: Honorable Ronald M. Whyte |
| Defendants. | |

-1-      3595605v1

PROOF OF SERVICE
CASE NO.: CV 09-8000 4 MISC.
(CASE NO.: 2:07-cv-00511 (CE) JF PENDING IN THE EASTERN DISTRICT OF TEXAS)

Dockets.Justia.com

| | |
|---|---|
| 1 | **PROOF OF SERVICE BY NEXT-DAY DELIVERY** |
| 2 | I, Sherri L. Mills, declare: |
| 3 | I am employed in Santa Clara County. I am over the age of 18 years and not a party to |
| 4 | the within action. My business address is Wilson Sonsini Goodrich & Rosati, 650 Page Mill |
| 5 | Road, Palo Alto, California 94304-1050. I am readily familiar with Wilson Sonsini Goodrich & |
| 6 | Rosati's practice for collection and processing of correspondence for next-day delivery by an |
| 7 | express mail service. In the ordinary course of business, correspondence would be consigned to |
| 8 | an express mail service on this date. |
| 9 | On this date, I served the following documents: |
| 10 | **1. MEMORANDUM OF POINTS AND AUTHORITIES OF WILSON** |
| 11 | **SONSINI GOODRICH & ROSATI IN OPPOSITION TO MOTION TO COMPEL BY** |
| 12 | **YAHOO! INC.** |
| 13 | **2. DECLARATION OF MARK PARNES IN OPPOSITION TO MOTION TO** |
| 14 | **COMPEL BY YAHOO! INC.** on the person(s) listed below by placing the document(s) |
| 15 | described above in an envelope addressed as indicated below, which I sealed. I consigned the |
| 16 | envelope(s) to an express mail service by placing them for collection and processing on this day, |
| 17 | following ordinary business practices at Wilson Sonsini Goodrich & Rosati. |

| | |
|---|---|
| **Richard S.J. Hung, Esq.** | **Lee Landa Kaplan, Esq.** |
| **MORRISON & FOERSTER LLP** | **SMYSER KAPLAN & VESELKA** |
| **425 Market Street, 34th Floor** | **700 Louisiana Street, Suite 2300** |
| **San Francisco, CA 94105-2482** | **Houston, TX 77002** |
| Attorneys for Defendant Yahoo! Inc. | Attorneys for Plaintiff Software Rights Archive, LLC |
| **Thomas Bernard Walsh, IV., Esq.** | **Harry Lee Gillam, Jr., Esq.** |
| **FISH & RICHARDSON PC** | **GILLAM & SMITH, LLP** |
| **5000 Bank One Center** | **303 South Washington Avenue** |
| **1717 Main Street** | **Marshall, TX 75670** |
| **Dallas, TX 75201** | Attorneys for Defendants Google, Inc. and AOL LLC. |
| Attorneys for Defendant Google Inc. | |

-2- 3595605v1

PROOF OF SERVICE
CASE NO.: CV 09-8000 4 MISC.
(CASE NO.: 2:07-cv-00511 (CE) JF PENDING IN THE EASTERN DISTRICT OF TEXAS)

| | |
|---|---|
| 1 | **Jennifer A. Kash, Esq.**<br>**QUINN EMANUEL URQUHART**<br>**  OLIVER & HEDGES, LLP**<br>**555 Twin Dolphin Drive, Suite 560**<br>**Redwood Shores, CA  94065** |
| 2 | |
| 3 | |
| 4 | Attorneys for Defendants IAC Search &<br>Media, Inc. and Lycos, Inc. |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.  Executed at Palo Alto, California on March 26, 2009.


                                                         /s/ Sherri L. Mills
                                                        Sherri L. Mills