1  MICHAEL A. JACOBS (CA SBN 111664)
   mjacobs@mofo.com
2  RICHARD S.J. HUNG (CA SBN 197425)
   rhung@mofo.com
3  MORRISON & FOERSTER LLP
   425 Market Street
4  San Francisco, CA  94105-2482
   Telephone: (415) 268-7000
5  Facsimile: (415) 268-7522

6  ATTORNEYS FOR YAHOO! INC.

7

8                         UNITED STATES DISTRICT COURT

9                     NORTHERN DISTRICT OF CALIFORNIA

10                            SAN JOSE DIVISION

11

| 12 | SOFTWARE RIGHTS ARCHIVE, LLC, | Case No.   Misc. Action C-09-80004-RMW[1] |
|---|---|---|
| 13 | Plaintiff, | (Case No. 2:07-cv-511 (CE) pending in the Eastern District of Texas) |
| 14 | v. | **DECLARATION OF RICHARD S.J. HUNG** |
| 15 | GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, | **IN SUPPORT OF YAHOO!'S MOTIONS TO COMPEL COMPLIANCE WITH** |
| 16 | and LYCOS, INC. | **SUBPOENAS ON WILSON SONSINI GOODRICH & ROSATI AND** |
| 17 | Defendants. | **MURRAY & MURRAY P.C.** |
| 18 | | **HEARING REQUESTED** |
| 19 | | Date:  April 17, 2009 |
| 20 | | Time:  9:00 AM<br>Judge: Ronald M. Whyte |

21

22

23

24

25

26

27       [1] Consolidated for hearing with *Google v. Egger*, Case No. 5:08-03172-RMW.

28

HUNG DECL. ISO YAHOO!'S MOTIONS TO COMPEL WSGR AND MURRAY
CASE NOS. MISC ACTION C-09-80004 & C-08-03172-RMW
sf-2666818

I, Richard S.J. Hung, declare as follows:

1.      I am an attorney at Morrison & Foerster LLP.  I submit this declaration in support of Yahoo! Inc's Motion to Compel Compliance with Yahoo!'s Subpoenas on Wilson Sonsini Goodrich & Rosati and Murray & Murray P.C.  I make this declaration based on my own personal knowledge.  If called as a witness, I could and would testify competently to the matters set forth herein.

2.      Attached to this declaration as Exhibit A is a true and correct copy of a Certificate of Ownership Merging site/technologies/inc. into Site Technologies, Inc., dated December 29, 2000.

3.      Attached to this declaration as Exhibit B is a true and correct copy of Software Rights Archive, LLC's First Set of Requests for Admission and Interrogatories, dated August 11, 2008.

4.      Attached to this declaration as Exhibit C is a true and correct copy of a document titled Assignment of Patents, dated August 13, 2008.

5.      Attached to this declaration as Exhibit D is a true and correct copy of excerpts of the Deposition Transcript of Jeffrey F. Ait, dated September 30, 2008.

6.      Attached to this declaration as Exhibit E is a true and correct copy of an e-mail from Lee L. Kaplan, counsel for Software Rights Archive, LLC, to counsel for Yahoo! Inc., dated November 24, 2008.

7.      Attached to this declaration as Exhibit F is a true and correct copy of the Third Declaration of Jeffrey F. Ait, dated December 8, 2008.

8.      Attached to this declaration as Exhibit G is a true and correct copy of an e-mail from Lee L. Kaplan, counsel for Software Rights Archive, LLC, to counsel for Yahoo! Inc., dated December 17, 2008.

9.      Attached to this declaration as Exhibit H is a true and correct copy of excerpts of the Transcript of Proceedings in the United States Bankruptcy Court for the Northern District of California, Case No. 99-50736-RLE, dated December 17, 2008.

1    10.    Attached to this declaration as Exhibit I is a true and correct copy of an e-mail

2 from Lee L. Kaplan, counsel for Software Rights Archive, LLC, to counsel for Yahoo! Inc., dated

3 February 5, 2009.

4    11.    Attached to this declaration as Exhibit J is a true and correct copy of an e-mail

5 from Lee L. Kaplan, counsel for Software Rights Archive, LLC, to counsel for Yahoo! Inc., dated

6 February 6, 2009.

7    12.    Attached to this declaration as Exhibit K is a true and correct copy of an e-mail

8 from Rebecca S. Saelao, counsel for Yahoo! Inc., to Lee L. Kaplan, dated February 17, 2009 and

9 attaching a proposed stipulation under Rule 502 of the Federal Rules of Evidence.

10    I declare under penalty of perjury that the foregoing is true and correct.  Executed in San

11 Francisco, California this 3rd day of April 2009.

12

13                                    _____/s/ Richard S.J. Hung_____
                                           Richard S.J. Hung

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28