MICHAEL A. JACOBS (CA SBN 111664)
mjacobs@mofo.com
RICHARD S.J. HUNG (CA SBN 197425)
rhung@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, CA 94105-2482
Telephone: (415) 268-7000
Facsimile: (415) 268-7522

ATTORNEYS FOR YAHOO! INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SOFTWARE RIGHTS ARCHIVE, LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>GOOGLE INC., YAHOO! INC., IAC SEARCH & MEDIA, INC., AOL LLC, and LYCOS, INC.<br><br>        Defendants. | Case No. Misc. Action C-09-80004-RMW[1]<br><br>(Case No. 2:07-cv-511 (CE) pending in the Eastern District of Texas)<br><br>**YAHOO!'S RESPONSE TO SOFTWARE RIGHTS ARCHIVE, LLC'S STATEMENT OF RECENT DECISION**<br><br>**HEARING REQUESTED**<br><br>Date: April 17, 2009<br>Time: 9:00 AM<br>Judge: Ronald M. Whyte |

---

[1] Consolidated for hearing with *Google v. Egger*, Case No. 5:08-03172-RMW.

YAHOO!'S RESPONSE TO SRA'S STATEMENT OF RECENT DECISION
Case Nos. Misc. Action C-09-80004 & C-08-03172-RMW
sf-2666774

Dockets.Justia.com

On March 31, 2009, Magistrate Judge Everingham issued a memorandum opinion and order denying Defendants'[2] motion to dismiss the Texas action for lack of standing. On April 2, 2009, Software Rights Archive, LLC ("SRA") submitted a "Statement of Recent Decision"[3] attaching this order. In its Statement, SRA suggests that the order "moot[s] [Yahoo!'s] motions to compel discovery from WSGR and Murray."

For the reasons set forth in (1) Yahoo!'s reply brief in support of its motions to compel and (2) Plaintiffs' reply brief in support of their motion to compel production of documents,[4] both of which are filed concurrently herewith, SRA's suggestion is incorrect. The ruling on the motion to dismiss was premised on the court's conclusion that patent rights were transferred prior to the commencement of Chapter 11 proceedings by Site Technologies, Inc. ("Site Tech"). The ruling does not change the fact that Jeffrey Ait, who was named "Responsible Person" under Site Tech's Chapter 11 plan, has been discharged from his duties as Responsible Person and thus has no authority to assert privilege on behalf of Site Tech. In addition, the subpoenaed documents remain relevant not only to the standing issue, but also to the central issues of patent infringement, validity, and damages. As to the standing issue itself, the documents are critical to any motion to reconsider Judge Everingham's order.

Dated: April 3, 2009          MORRISON & FOERSTER LLP

By: /s/
Richard S.J. Hung
Attorneys for Defendant Yahoo! Inc.

---

[2] "Defendants" refers to Google, Inc., Yahoo!, Inc., IAC Search & Media, Inc., AOL LLC, and Lycos, Inc. (defendants in Case No. 2:07-cv-511 (CE) (E.D. Tex.)).

[3] Docket No. 94 (Case No. 5:08-03172-RMW).

[4] Defendants in the Texas action are Plaintiffs in the declaratory judgment action before this Court.

YAHOO!'S RESPONSE TO SRA'S STATEMENT OF RECENT DECISION
Case Nos. Misc. Action C-09-80004 & C-08-03172-RMW
sf-2666774

1