# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

**\*E-FILED\***

## CIVIL MINUTES

**DATE: April 17, 2009**

Case No. **C-09-80004-RMW**          **JUDGE: Ronald M. Whyte**          **TIME IN: _50 min._**

**SOFTWARE RIGHTS ARCHIVE, LLC.          -V- GOOGLE, INC., et al.**
**Title**

**L. Kaplan, T. Smegal                              R. Hung, T. Walsh, M. Parnes, J. DeHope, Jr.**
**Attorneys Present (Plaintiff)                    Attorneys Present (Defendant)**

**COURT CLERK: Jackie Garcia          COURT REPORTER: Lee-Anne Shortridge**

## PROCEEDINGS

### YAHOO'S MOTIONS TO COMPEL COMPLIANCE WITH YAHOO'S SUBPOENAS ON MURRAY & MURRAY AND WILSON, SONSINI, GOODRICH & ROSATI

**ORDER AFTER HEARING**

**Hearing Held. The Court heard oral argument from both sides. The Court's tentative ruling: The motions to compel compliance with the subpoenas on Murray & Murray and Wilson Sonsini Goodrich & Rosati are tentatively granted, but the Court does have some concerns because the attorney-client privilege is allegedly involved. However, it appears that a dismissed or defunct corporation cannot assert the attorney-client privilege, and that Mr. Ait no longer has authority to raise the issue. It appears that the documents do have relevance to patent ownership, and the patent files would presumably be relevant to validity issues. Nothing that the Court rules on these motions should be construed as disagreement with Judge Everingham's order. The Court to issue a final ruling to the parties. The matter is deemed submitted.**